## Philadelphia's Petition.

48

Argued September 23, 1941. Before SCHAFFER, C. J., MAXEY, DREW, STERN, PATTERSON and PARKER, JJ.

52

54

58

*Herman N. Schwartz,* with him *John P. Berry* and *Ernest Lowengrund,* Assistant City Solicitors, and *Francis F. Burch,* City Solicitor, for appellant.

*Philip Price,* with him *Charles R. Norberg,* for appellee.

*J. Warren Brock,* with him *Franklin S. Edmonds,* of *Edmonds, Obermayer & Rebmann,* for Citizens' Sewer Rent Committee, amicus curiæ, under Rule 61.

*John V. Diggins,* for Interstate Commission on Delaware River Basin, amicus curiæ, appellee.

*Robert L. Trescher* and *Robert T. McCracken,* for Phila. Chamber of Commerce, under Rule 61.

PER CURIAM, September 29, 1941:
The order of the court below is affirmed on the opinion of Judge FLOOD.